UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN HECTOR,

                        Plaintiff,                    **ORDER**

      -against-                            22 Civ. 5990 (VB) (AEK)

KATHLEEN HECTOR, JEANINE HECTOR,
EDWARD GUTHRIE, RAYMOND JOHNSON,
and DOES 1 through 5,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The discovery disputes addressed in ECF Nos. 64, 65, 66, and 68 were resolved on the record at the September 13, 2024 discovery hearing. As discussed at that hearing:

       1.     The parties confirmed that there will not be any expert discovery in this matter.

       2.     The inspection of all allegedly damaged personal belongings and/or personal property will take place on September 24, 2024, starting at 10:00 a.m., at the location where the property is currently stored. The Court's prior order still governs the inspection of Plaintiff's allegedly damaged personal photographs as part of this inspection. *See* ECF No. 62 ¶ 3. All Defendants will be permitted to enter the storage location to inspect the property during the course of the inspection, but only two Defendants are permitted to accompany counsel inside the storage location at any given time. Defendants and counsel may switch the combination of individual Defendants inside the storage location as needed, but counsel must ensure that no more than two Defendants are present inside the storage location at once.

       3.     The deposition of Plaintiff John Hector will take place on September 25, 2024 at 10:00 a.m. at the Narrowsburg Union, 7 Erie Ave, Narrowsburg, NY 12764.

4. The deposition of Defendant Edward Guthrie will take place on September 27, 2024 at 10:00 a.m. at the Narrowsburg Union.

5. The deposition of Defendant Raymond Johnson will take place on September 27, 2024 at the Narrowsburg Union. The deposition will commence after a break of at least one hour following the conclusion of Mr. Guthrie's deposition.

6. The deposition of Defendant Kathleen Hector will begin on September 30, 2024, at 10:00 a.m. at the Narrowsburg Union; the deposition of Kathleen Hector on that date will be limited to 3.5 hours.

7. The deposition of Defendant Janine Hector will take place on September 30, 2024 at the Narrowsburg Union. The deposition will commence after a break of at least one hour following the conclusion of Kathleen Hector's deposition.

8. If there is a need to further depose Kathleen Hector, the deposition will resume on October 2, 2024 at 10:00 a.m. at the Narrowsburg Union.

9. If there is a need to further depose Janine Hector, the deposition will resume on October 2, 2024 at the Narrowsburg Union either at 10:00 a.m. (if the deposition of Kathleen Hector was completed on September 30, 2024) or after a break of at least one hour following the conclusion of Kathleen Hector's deposition.

10. This deposition schedule is now an order of the Court. If the parties seek to make any changes to this schedule, they must submit an application to the Court to modify the order. If the application is submitted on consent and does not require the adjustment of any discovery deadlines, the application is likely to be granted. If the application is not submitted on consent, or if it would require the adjustment of any discovery deadlines, the application is likely to be denied.

11. Plaintiff's proposed, but as yet unserved, document demands related to punitive damages are untimely, and he is not permitted to serve those proposed document demands at this time. The question of the appropriateness of punitive damages discovery will be revisited after the adjudication of Defendants' anticipated motion for summary judgment, if the case is to be scheduled for trial at that time.

12. By Wednesday, October 3, 2024, the parties are directed to submit a joint status report to the Court confirming that all discovery is complete.

Dated: September 16, 2024
      White Plains, New York

_____
ANDREW E. KRAUSE
United States Magistrate Judge