USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN HECTOR,
                Plaintiff,

v.

KATHLEEN HECTOR, JEANINE HECTOR;
EDWARD GUTHRIE, and RAYMOND
JOHNSON
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 5990 (VB)

     As discussed at a telephone conference held today and attended by plaintiff and defense counsel, it is HEREBY ORDERED:

1. Plaintiff's motion for leave to amend the second amended complaint is due **November 22, 2024**.

2. Defendants' opposition is due **January 6, 2025**.

3. Plaintiff's reply, if any, is due **January 21, 2025**.

Dated: October 8, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge