```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN HECTOR,
          Plaintiff,

v.

KATHLEEN HECTOR, JEANINE HECTOR;
EDWARD GUTHRIE, and RAYMOND
JOHNSON
          Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 5990 (VB)

      As discussed at a conference held today, at which plaintiff appeared by phone and defense counsel appeared in person, it is HEREBY ORDERED:

1. Because plaintiff failed to appear in person for today's conference, and contacted the Court via telephone only after the Court's deputy reached out to him, the Court sanctioned plaintiff and ordered him to: (i) pay $200 to defense counsel as compensation and (ii) confirm in writing by close of business that he has done so. The Court notes that plaintiff has written a letter to the Court confirming he has written and mailed a check to defense counsel. (Doc. #81).

2. By **June 27, 2025**, the parties shall submit to the Court for its approval a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

3. By **July 11, 2025**, the parties shall submit proposed voir dire, joint proposed jury instructions, a joint verdict firm, and any motions in limine. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

4. By **August 11, 2025**, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

5. The final pretrial conference is scheduled for **September 4, 2025, at 10:00 a.m.** at the White Plains courthouse, Courtroom 620.

1

6. Jury selection and trial are scheduled to begin on **September 8, 2025, at 9:30 a.m.**

Dated: May 20, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2