UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN HECTOR,
                Plaintiff,

v.                                              **ORDER**

KATHLEEN HECTOR, JEANINE HECTOR;      22 CV 5990 (VB)
EDWARD GUTHRIE, and RAYMOND
JOHNSON
                Defendants.
--------------------------------------------------------------x

       Jury selection and trial in this case are currently scheduled for September 8, 2025. However, the Court needs to reschedule the trial because of an unavoidable scheduling conflict that has arisen with respect to a criminal trial.

       Accordingly, the Court will conduct a telephone conference on **July 1, 2025, at 12:00 p.m.**, which all counsel are required to attend, and at which the Court will set a new trial date.

       Counsel shall use the following dial-in information:

Telephone no.: (914) 292-4033
Conference ID: 341 440 514#

Dated: June 26, 2025
       White Plains, NY

                                                    SO ORDERED:

                                                    Vincent L. Briccetti
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/25