USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN HECTOR,
                Plaintiff,

v.

KATHLEEN HECTOR, JEANINE HECTOR;
EDWARD GUTHRIE, and RAYMOND
JOHNSON
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 5990 (VB)

      The parties have informed the Court they consent to proceeding with a trial before a magistrate judge. (Doc. #86). Accordingly, it is HEREBY ORDERED:

1. By **July 9, 2025**, the parties must fully complete and execute the attached form ("Notice, Consent, and Reference of a Civil Action to a Magistrate Judge") and submit the completed form to the Court for its approval. The fully executed consent form should be electronically filed by submitting a scanned document containing all necessary signatures, and by using the ECF filing event, "Proposed Consent to Jurisdiction by US Magistrate Judge." See SDNY ECF Rules & Instructions § 13.27.

2. Once the case is transferred, the Court expects that Magistrate Judge Krause's Chambers will contact plaintiff and defense counsel to discuss scheduling and all other case management matters.

Dated: July 2, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

# UNITED STATES DISTRICT COURT
for the

_____ )
               *Plaintiff*           )
         v.                           ) Civil Action No.
_____ )
               *Defendant*           )

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____         _____
                                                                  *District Judge's signature*

                                         _____
                                                                   *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.