UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOHN HECTOR,

                      Plaintiff,            **TRIAL ORDER**

      -against-                         22 Civ. 5990 (AEK)

KATHLEEN HECTOR, JEANINE HECTOR,
EDWARD GUTHRIE, AND RAYMOND
HECTOR,

                      Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court hereby sets the following dates and deadlines for trial and all pretrial proceedings in this matter:

1. Jury selection will be held on **October 6, 2025** Courtroom 250, with the trial to proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, the trial will continue each day from 9:00 a.m. until 5:00 p.m.

2. Plaintiff's clarification of the proposed photo exhibits must be sent to Defendants' counsel by **August 11, 2025**.

3. Defendants' counsel's drafts of the proposed joint pretrial order, *voir dire* questions, requests to charge, and verdict form must be sent to Plaintiff by **August 7, 2025**. Please review Section 6 of the Court's Individual Practices, available at https://nysd.uscourts.gov/hon-andrew-e-krause, for additional information about all pretrial filings.

4. Plaintiff's changes to the drafts of the proposed joint pretrial order, *voir dire* questions, requests to charge, and verdict form must be sent back to Defendants' counsel by **August 15, 2025**.

5. The parties' proposed joint pretrial order must be filed by **August 22, 2025**.

6. The parties' joint proposed *voir dire* questions must be filed by **August 22, 2025**.

7. The parties' joint proposed requests to charge must be filed by **August 22, 2025**. The parties must jointly provide a proposed request to charge for each claim or

    defense to be presented to the jury. Each proposed request to charge must indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

8. The parties' joint proposed verdict form must be filed by **August 22, 2025**.

    The parties' joint proposed *voir dire* questions, requests to charge, and verdict form must each consist of a single document. To the extent a party objects to another party's *voir dire* questions, requests to charge, or verdict form, the joint submission must include the objecting party's ground(s) for objection and proposed alternative. In addition to filing the three joint submissions on ECF, the parties must send copies in Microsoft Word format to the Court via email to KrauseNYSDChambers@nysd.uscourts.gov.

9. Any motions *in limine* must be filed by **August 22, 2025**.

10. Responses to any motions *in limine* must be filed by **September 5, 2025**.

11. The parties must pre-mark their trial exhibits and provide the Court with a tabbed binder or binders containing courtesy copies of the party's trial exhibits and deposition designations by **September 5, 2025**.

12. A final pretrial conference will be held on **September 15, 2025** at **11:30 a.m.** in Courtroom 250.

Dated: July 18, 2025
      White Plains, New York

                                        **SO ORDERED.**

                                          _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge