UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN HECTOR,

                       Plaintiff,                 **ORDER**

          -against-                     22 Civ. 5990 (AEK)

KATHLEEN HECTOR, JEANINE HECTOR,
EDWARD GUTHRIE and RAYMOND
JOHNSON,

                       Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this

matter.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any

party, and without prejudice to restoring the action to the Court's calendar, provided the

application is made within thirty (30) days of this Order.  Any application to reopen that is filed

after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated:  October 2, 2025
        White Plains, New York

                                  _____
                                  ANDREW E. KRAUSE
                                  United States Magistrate Judge